**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CASE NO. |
| | : | |
| WILLIAM WILKERSON, | : | MAGISTRATE CASE NO. 23-mj-119 |
| | : | |
| Defendant. | : | |
| | : | VIOLATION:<br>40 U.S.C. § 5104(e)(2)(G)<br>**(Parading, Demonstrating, or Picketing in a Capitol Building)** |

**I N F O R M A T I O N**

The United States Attorney charges that at all relevant times:

**COUNT ONE**

On or about January 6, 2021, in the District of Columbia, **WILLIAM WILKERSON** willfully and knowingly paraded, demonstrated, and picketed in any United States Capitol Building.

(**Parading, Demonstrating, or Picketing in a Capitol Building**, in violation of Title 40, United States Code, Section 5104(e)(2)(G))

    Respectfully submitted,

    MATTHEW M. GRAVES
    United States Attorney
    D.C. Bar No. 481052

By:    /s/ *Joseph Huynh*
    JOSEPH HUYNH
    Attorney, detailed to the
    United States Attorney's Office for the
    District of Columbia
    555 Fourth Street, N.W.
    Washington, DC 20530